UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA,

          CASE NO. 03-80694

    Plaintiff,

  v.

JOSE ANGEL FERRER [D-1],

    Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

This matter having come before the Court on the Application of the United States for entry of a Final Order Of Forfeiture, and the Court having reviewed the Application, being familiar with the pleadings filed in this action and taking into consideration the relevant portions of the record of the criminal case, the Court finds as follows:

1. On June 13, 2005, this Court entered a Preliminary Order of Forfeiture, which forfeited the interest of Defendant Jose Angel Ferrer, in the following property:

    a.    Approximately $194,850 in United States currency;

    b.    Proceeds seized from Charter One Bank from accounts in the name of Sandra Trevino Ferrer: $11,388.04 (Acct. No. 344-0534708) and $2,958.02 (Acct. No. 387-0451718);

    c.    One 2000 Chrysler LHS, VIN 2C3HC56G6YH148998;

    d.    One 2000 Chevrolet Impala, VIN 2g1WF52E3Y9284345;

to the United States, pursuant to Fed. R. Crim. Pro 32.2(c)(2) and 21 U.S.C. § 853.

2. All of the above assets, with the exception of paragraph 1(a) (Approximately $194,950.00 in U.S. Currency), were administratively forfeited;

3. Pursuant to the Court's October 27, 2004 Preliminary Order, and as required under 21 U.S.C. § 853, the United States published notice of the forfeiture in this action and its intent to dispose of the subject property on July 15, July 22, and July 29, 2005, in <u>The Detroit Legal News</u>, a newspaper of general circulation in this district.  An Affidavit of Publication was filed with the Court on August 9, 2005.  The published notice informed all third parties of their right to petition this Court for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

4. Additionally, all known parties with a possible interest in the forfeited property were notified of their right to petition this Court for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

5. No additional petitions have been filed in this matter and the time in which to do so has expired.

NOW THEREFORE, IT IS HEREBY ORDERED that the right, title and interest of the Defendant, JOSE ANGEL FERRER, and all other persons, in the following property:

a. Approximately $194,850 in United States currency;

is forfeited to the United States of America.  Any right, title, or ownership interest of JOSE ANGEL FERRER, or his successors and assigns and any right, title, or ownership interest of all other persons in the subject property is hereby and forever **EXTINGUISHED** and all right, title and interest in the subject property is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, that the United States Marshal Service is authorized to take possession of, and to dispose of such property as authorized by law.

IT IS SO ORDERED this   24th   day of August, 2005.

s/John Corbett O'Meara
HONORABLE JOHN CORBETT O'MEARA
United States District Judge
